**Mail body:**

. U.S. District Court – Middle District of Florida

---

April Berra
[Your Address] Redacted for safety
~~Bradenton~~, FL [ZIP Code]
Email: aprilberra98@gmail.com
Date: [Insert Date] 6/13/25

Clerk of Court
U.S. District Court – Middle District of Florida
[Address]

Re: Submission of Affidavit and Evidence – April Berra Identity Fraud and Judicial Misconduct Case (2014–2025)

Dear Clerk,

Enclosed please find my sworn affidavit and supporting evidence related to ongoing civil and criminal matters concerning identity theft, judicial misconduct, and related fraud.

*April Berra* (signature)

[Stamp: JUN 16 2025 AM 11:53 RCVD – USDC – FLMD – FTM]