

**UNITED STATES POSTAL SERVICE** | **PRIORITY MAIL**



FLAT RATE ENVELOPE
ONE RATE

Retail

**P** — US POSTAGE PAID
$10.10
Origin: 32073
06/13/25
1168850625-31

PRIORITY MAIL®

0 Lb 6.30 Oz
RDC 03

EXPECTED DELIVERY DAY: 06/16/25

C003

SHIP TO:
2110 FIRST ST
FORT MYERS FL 33901-3000

USPS TRACKING® #

9505 5110 0734 5164 1590 49






TRACK

PS00001000014    EP14F October 2023



**UNITED STATES POSTAL SERVICE** | **PRIORITY MAIL**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: adress Redacted
805 4th Ave N
St. Petersburg FL 33701

TO: Middle District Court
of Florida
2110 First Street
Ft. Myers FL 33901

Label 228, December 2023     FOR DOMESTIC AND INTERNATIONAL USE

VISIT US AT USPS.COM®

PRESS FIRMLY TO SEAL   PRESS FIRMLY TO SEAL



# UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

FROM:

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

TO:

To schedule free Package Pickup, scan the QR code.

## FLAT RATE ENVELOPE
ONE RATE ▪ ANY WEIGHT

JUN 16 2025 AM 11:53
RCVD - USDC - FLMD - FTM

**TRACKED ▪ INSURED**



USPS.COM/PICKUP



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

This package is made from post-consumer waste. Please recycle - again.